# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HARRITY, ) | |
| Plaintiff, ) | Case No. 2:14-cv-00445-JCM-GWF |
| vs. ) | **ORDER** |
| BANK OF AMERICA CORPORATION, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#3) dated March 25, 2014, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **May 5, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 23rd day of April, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge